| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 95-27-B-M1 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec.* 08-520 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Hugh Robinson | Louisiana Middle | |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Frank J. Polozola | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 12/23/06 |

OFFENSE

Possession with the Intent to Distribute Cocaine; 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ____Middle____ DISTRICT OF ____Louisiana____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____Northern District of California____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_2-6-08_  _[signature]_
Date    United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ____Northern____ DISTRICT OF ____California____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_3-11-08_  _[signature]_
Effective Date    United States District Judge